# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MELANY RAMOS,

              Petitioner

          v.

MICHAEL AND DONNA JONES,

              Respondents

: No. 493 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.